VAN–006 Order Appointing Interim Trustee and Approving Standing Bond – Rev. 10/01/2013

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
Otis James Parrish Jr.
1900 Orchard Hollow Lane
Apt. 105
Raleigh, NC 27603

CASE NO.: 19–03913–5–SWH

DATE FILED: August 26, 2019

CHAPTER: 7

ORDER APPOINTING INTERIM TRUSTEE AND APPROVING STANDING BOND

IT IS ORDERED AND NOTICE IS HEREBY GIVEN THAT:

The following interim trustee is hereby appointed, and the trustee's standing bond is fixed under the blanket bond heretofore approved.

James B Angell
Howard Stallings et al, P.A.
PO Box 12347
Raleigh, NC 27605–2347

DATED: August 27, 2019

Stephani W. Humrickhouse
United States Bankruptcy Judge